1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JAMES W. BRAMMER,                          CASE NO. 1:07-cv-01350-AWI-SMS PC

10                      Plaintiff,              ORDER DENYING MOTION FOR COURT
                                               ORDER AS MOOT
11        v.
                                               (Doc. 6)
12   JAMES A. YATES, et al.,

13                      Defendants.
     _____/

14

15        On October 18, 2007, Plaintiff filed a motion seeking a court order directing prison officials

16   to process his application for leave to proceed in forma pauperis.  Plaintiff filed a completed

17   application on November 16, 2007, and it was granted by the Court on January 4, 2008.

18   Accordingly, Plaintiff's motion for a court order is moot and is DENIED on that ground.

19

20   IT IS SO ORDERED.

21   **Dated:    May 8, 2008**                    _____/s/ Sandra M. Snyder_____
                                                  UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28

1