1

2

3

4

5

6

7
# UNITED STATES DISTRICT COURT

8
## EASTERN DISTRICT OF CALIFORNIA

9   JAMES W. BRAMMER,                          CASE NO. 1:07-cv-01350-AWI-SMS PC

10                  Plaintiff,                  ORDER STRIKING MOTION FOR
                                                SUMMARY JUDGMENT
11          v.
                                                (Doc. 14)
12   JAMES A. YATES, et al.,

13                  Defendants.
     _____/

14

15          Plaintiff James W. Brammer ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 28, 2008, Plaintiff filed

17   a motion for summary judgment.

18          Plaintiff's motion is premature in that the complaint has not been served and no defendant

19   has made an appearance in this action.  Plaintiff is not entitled to and may not move for summary

20   judgment at this juncture in the proceedings.  Accordingly, Plaintiff's inappropriately filed motion

21   for summary judgment is HEREBY STRICKEN from the record.

22

23   IT IS SO ORDERED.

24   **Dated:    May 8, 2008**                    _____ **/s/ Sandra M. Snyder**_____
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                    1