1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JAMES W. BRAMMER,                           CASE NO. 1:07-cv-01350-SMS PC

10                           Plaintiff,                     ORDER DENYING MOTION

11          v.                                                    (Doc. 21)

12   JAMES A. YATES, et al.,

13                           Defendants.

14   _____/

15          Plaintiff James W. Brammer is a former state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 14, 2009, Plaintiff filed

17   a motion requesting that his case be expedited.  In light of the screening order issued concurrently

18   with this order, Plaintiff's motion is HEREBY DENIED as moot.

19

20     IT IS SO ORDERED.

21   **Dated:      October 8, 2009**                    _____/s/ Sandra M. Snyder_____
                                                              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28