1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   JAMES W. BRAMMER,                           CASE NO. 1:07-cv-01350-GBC (PC)

10                      Plaintiff,               ORDER STRIKING SECOND AMENDED
                                                 COMPLAINT AS INCOMPLETE
11         v.                                    (Doc. 43)

12   JAMES A. YATES, et al.,                     ORDER REQUIRING PLAINTIFF TO RE-FILE
                                                 COMPLETE SECOND AMENDED
13                      Defendants.              COMPLAINT

14   _____ /         THIRTY-DAY DEADLINE

15

16         James W. Brammer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

17   in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On September 17, 2007, Plaintiff filed

18   his original complaint.  (Doc. 1).  On May 9, 2008, the Court dismissed Plaintiff's complaint for

19   failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure and gave leave to amend.

20   (Doc. 16).  On July 14, 2008, Plaintiff filed the first amended complaint.  (Doc. 20).  On October 9,

21   2009, the Court screened the complaint and dismissed with leave to amend.  (Doc. 24).  On

22   November 6, 2009; December 24, 2009; February 16, 2010; March 8, 2010; April 8, 2010, May 18,

23   2010; Plaintiff has motioned for extensions of time on six different occasions and all motions were

24   granted.  (Docs. 26, 29, 34, 36, 39, 42).  On July 9, 2010, Plaintiff filed the second amended

25   complaint which is incomplete and states there are an additional five pages, however, there appears

26   to be only one page with a final hyphenated word cut off at the end of the page.  (Doc. 43).  Plaintiff

27   also attaches a letter explaining that his original second amended complaint was lost in the mail

28   stating that another complaint was going to be mailed the next day.  (Doc. 43).

1

1    Since Plaintiff's complaint is incomplete the Court HEREBY ORDERS:

2    1.    That the second amended complaint be stricken as incomplete (Doc. 43);

3    2.    Plaintiff is to file a complete second amended complaint within **thirty (30) days**

4          from the date of service of this order;

5    3.    The clerks office is directed to send a copy of Plaintiff's incomplete complaint (Doc.

6          43) so that he can determine what is needed to complete the complaint.

7    IT IS SO ORDERED.

8
     Dated:    June 6, 2011
9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28