# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BRAMMER, | CASE NO. 1:07-cv-01350-GBC (PC) |
| Plaintiff, | NOTICE OF ERRATUM |
| v. | (Docs. 50, 52) |
| JAMES A. YATES, et al., | |
| Defendants. | |

The order of October 13, 2011, is amended at page 1, line 12 to reflect that court record number 50 rather than court record number 51 was denied.

IT IS SO ORDERED.

Dated:   November 3, 2011

UNITED STATES MAGISTRATE JUDGE