# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BRAMMER,<br><br>                    Plaintiff,<br><br>        v.<br><br>JAMES A. YATES, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-01350-GBC (PC)<br><br>ORDER FINDING PLAINTIFF'S MOTION<br>FOR SERVICE OF DEFENDANTS AS MOOT<br>PER SECOND SERVICE ORDER<br><br>Doc. 63 |

On September 17, 2007, Plaintiff James W. Brammer ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2012, Plaintiff filed a motion for service of Defendants Chapnick, Kushner, and Salazar. Doc. 63. This Court has issued a second order directing service by the United States Marshals Service. Thus, the Court finds Plaintiff's motion for service of Defendants Chapnick, Kushner, and Salazar as MOOT.

IT IS SO ORDERED.

Dated:   May 18, 2012

_____
UNITED STATES MAGISTRATE JUDGE