# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BRAMMER, | CASE NO. 1:07-cv-01350-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| JAMES A. YATES, et al., | (Doc. 58) |
| Defendants. | REISSUING DISPOSITIVE MOTION NOTICE |
| | 21 DAY DEADLINE |
| _____/ | |

At the time of filing, James W. Brammer ("Plaintiff") was a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint filed on September 19, 2011, against Defendants Yates, Chapnick, Kushner, and Salazar ("Defendants") for deliberate indifference of a serious medical need relating to the treatment of Plaintiff's hand injury, in violation of the Eighth Amendment. Doc. 51 (Complaint); Doc. 54 (Cog. Claim Ord.).

On February 17, 2012, Defendants filed a motion to dismiss. Doc. 58. As explained in the Court's second informational order filed on January 3, 2012 (Doc. 57-1), Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m). As warned in its January 3, 2012, order: "[i]f the defendants file a motion to dismiss . . . the plaintiff is required to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l). If the plaintiff fails to file an opposition or a

1  statement of non-opposition to the motion, this action may be dismissed, with prejudice, for failure
2  to prosecute." Doc. 57-1.
3      Additionally, in light of the recent decision in *Woods v. Carey*, Nos. 09-15548, 09-16113,
4  2012 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the
5  requirements for opposing a dispositive motion at the time the motion is brought.   The Court will
6  provide the requisite notice by separate order issued concurrently with this order.
7      Accordingly, within **twenty one (21) days** from the date of service of this order, Plaintiff
8  must file an opposition or a statement of non-opposition to the Defendants' motion to dismiss or the
9  case **will be dismissed with prejudice**.

11  IT IS SO ORDERED.

13  Dated:   July 18, 2012                                      _____
                                                                UNITED STATES MAGISTRATE JUDGE

2